Charles J. Messina, Esq. (022062008)
Peter F. Berk, Esq. (018592000)
Victor Andreou, Esq. (295502021)
**PEM LAW LLP**
One Boland Drive, Suite 101
West Orange, NJ 07052
Tel.: (973) 577-5500
Email: cmessina@pemlawfirm.com
pberk@pemlawfirm.com
vandreou@pemlawfirm.com
*Attorneys for Defendant,*
*Parkway Motors of Leonia, Inc.*
*d/b/a Parkway Toyota*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AAYUSH SISODIA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARKWAY MOTORS OF LEONIA, INC. D/B/A PARKWAY TOYOTA,<br>Defendant. | **CIVIL ACTION**<br><br>Case No.: 2:25-cv-14973-MCA-MAH |

**NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**

To: Kayla Kershen, Esq.
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on September 8, 2026, at 9:00a.m., or as soon thereafter as counsel may be heard, PEM Law LLP, attorneys for Defendant Parkway Motors Of Leonia, Inc. d/b/a Parkway Toyota ("Defendant"), shall move before the Honorable Michael A. Hammer, U.S.M.J., for entry of an Order granting Defendant leave to file the proposed First Amended Answer, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Civil Rule 15.1.

**PLEASE TAKE FURTHER NOTICE**, that in support of the motion, Defendant relies upon the accompanying Memorandum of Law, Certification of Victor Andreou, Esq., with exhibits, if any, and the proposed form of Order.

Respectfully submitted,

**PEM Law LLP**
*Attorneys for Defendant,*
*Parkway Motors Of Leonia, Inc.*
*d/b/a Parkway Toyota*

Dated: July 31, 2026 By: */s/ Victor Andreou*
Victor Andreou, Esq.

# CERTIFICATION OF SERVICE

I hereby certify that on the date herein, I caused the original of the following documents to be filed electronically through the Court's CM/ECF system:

1. Notice of Motion for Leave to File First Amended Answer;
2. Memorandum of Law in Support of Defendant's Motion for Leave;
3. Certification of Victor Andreou, Esq., with exhibits; and
4. Proposed Order.

The CM/ECF system transmitted a Notice of Electronic Filing to all counsel of record registered to receive electronic service in this matter.

Dated: July 31, 2026

*/s/ Victor Andreou*
Victor Andreou